IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA GEAR CORPORATION, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ACSA STEEL FORGINGS, S.P.A., ) <br> Defendant ) | No. 02CV4359 |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

**TO THE CLERK:**

Please enter the appearance of Mohammad A. Ghiasuddin, Esquire, of the law firm Kaplin Stewart Meloff Reiter & Stein, P.C., on behalf of Plaintiff, Pennsylvania Gear Corporation, in the above-captioned matter.

Please withdraw the appearance of John G. Richards II, Esquire, formerly of the law firm Kaplin Stewart Meloff Reiter & Stein, P.C., for Plaintiff in the above-captioned matter.

_____
John G. Richards II, Esquire


_____
Mohammad A. Ghiasuddin, Esquire
Attorney ID Number 83925
Kaplin Stewart Meloff Reiter & Stein, PC
350 Sentry Parkway
P.O. Box 3037
Blue Bell, PA, 19422-0765
610-260-6000 (phone)
610-260-1240 (fax)

Dated: October 1, 2002

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was caused to be sent by first class mail, postage prepaid by the undersigned on the date stated below, to the addressee stated below and at the address stated below:

Robert J. Catalde, Esquire
Catalde & Bradford
731 French Street
Erie, PA 16501

Craig A. Markham, Esquire
Elderkin, Martin, Kelly & Messina
150 East Eighth Street
Erie, PA 16501

**KAPLIN STEWART MELOFF
REITER & STEIN, P.C.**

Dated: October 1, 2002      **By:**_____
                                     **MOHAMMAD A. GHIASUDDIN, ESQUIRE**