IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA GEAR CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACSA STEEL FORGINGS, S.P.A. | : | |
| | : | NO. 02-4359 |

## CANCELLATION OF ARBITRATION HEARING

Please take note that the above-captioned civil action case currently sheduled for

ARBITRATION at 9:30 am on Wednesday, November 20, 2002, has been CANCELLED.

                                                Michael E. Kunz
                                                Clerk of Court


                                                By:_____
                                                ADRIENNE MANN
                                                Deputy Clerk
                                                Phone:267-299-7075

Date:November 5, 2002

Copies:        Carol James, Secretary to Judge McLaughlin
                Docket Clerk - Case File

        Counsel:      John G. Richards, II, Esq.
                          Mohammad A. Ghiasuddin, Esq.
                          Craig A. Markham, Esq.
                          Michael H. Landis, Esq.

ARB2.FRM